Date: 5/16/11
Start: 9:59
Finish: 10:41

Judge: Bynkema
Reporter: Thomson

Civil Action Number: 1:10cv1407

Automotive Finance Corporation vs. EEE Auto Sales, Inc et al

Appearances of Counsel for (✓) Pltf (✓) Deft
( ) Matter is uncontested
Motion to/for:
π Motion to Strike

_____

Final Pretrial

Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

( ) Report and Recommendation to Follow
(X) Order to Follow (1 day)
* Jury waived - bench trial scheduled for - 8/11/11 @ 9:30