IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AUTOMOTIVE FINANCE CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:10cv1407(LMB/TRJ) |
| | ) |
| EEE AUTO SALES, INC., <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

For the reasons stated in open court, plaintiff's Motion to Strike Affirmative Defenses and for Protective Order [Dkt. No. 48] is GRANTED IN PART as to the affirmative defenses, and referred back to the magistrate judge as to the protective order, and it is hereby

ORDERED that all of defendants' affirmative defenses asserted in their Amended Answer [Dkt. No. 44] be and are STRICKEN, with the exception of the Eleventh Defense, dealing with the amount of damages and failure to mitigate damages, and any portions of the First and Thirteenth Defenses that similarly deal with mitigation or allege that plaintiff's actions or business decisions were a superseding, intervening cause of any losses; and it is further

ORDERED that the jury demand and prayer for attorneys' fees in defendant's Amended Answer be and are STRICKEN.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 16th day of May, 2011.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge